RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Plaintiff
Chicago Title Insurance Company

RECEIVED

JUL - 9 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY F. NATALE<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL CASE NO: 08-03289 (JAG)<br>HON. GARRETT E. BROWN, JR., U.S.D.J.<br>HON. ESTHER SALAS, U.S.M.J.<br>CIVIL ACTION<br><br>**CONSENT JUDGMENT** |

THIS MATTER having been opened to the Court by plaintiff Chicago Title Insurance Company ("Chicago Title") and defendant Anthony F. Natale ("Natale"); and the Court being satisfied that defendant Anthony F. Natale ("Natale") has voluntarily and knowingly consented to the the entry of this Consent Judgment and all provisions contained therein; and good cause appearing;

IT IS on this 8th day of July, 2010;

ORDERED AND ADJUDGED that final judgment is hereby entered against Natale and in favor of plaintiff Chicago Title Insurance Company on Count 1 (Professional Negligence) of the Amended Complaint filed

1

in this matter against Anthony Natale by Chicago Title Insurance Company in the amount of $100,000; and it is further

ORDERED AND ADJUDGED that the facts alleged in paragraphs 1 - 22, 24 – 35 and 37 - 47 of the Amended Complaint are deemed true and admitted by Natale for the purpose of this Consent Final Judgment and any further proceedings between Natale and Chicago Title; and that Natale has waived all rights to contest the facts alleged in paragraphs 1 - 22, 24 – 35 and 37 - 47 of the Amended Complaint in future proceedings; and it is further

ORDERED and ADJUDGED that Count 2 (Negligent Misrepresentation) and Count 3 (Fraud) of the Amended Complaint is hereby dismissed WITHOUT prejudice; and that Chicago Title shall retain the right to bring claims for negligent misrepresentation and fraud against Natale arising from the the subject matter of this dispute in a subsequent proceeding, including a bankruptcy proceeding (including but not limited to a nondischargeability action under 11 U.S.C. 523(a)); and that the entire controversy doctrine and statute of limitations shall not apply to Chicago Title's claim for fraud against Natale.

SO ORDERED.

_____ USDJ

Dated: July 8, 2010

The undersigned hereby consent to the form and entry of this Consent Final Judgment.

ANTHONY F. NATALE
Pro Se

By: _____
      Anthony F. Natale

Dated: June 8, 2010


RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Attorneys for Plaintiff
Chicago Title Insurance Company

By: _____
      Michael R. O'Donnell

Dated: June 18, 2010